# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MANSON, III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID G. SMITH, M.D., et al.,<br><br>　　　　　Defendant. | CASE NO. 1:07-cv-00437-OWW-GSA (PC)<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

　　　Plaintiff, Henry Manson, III, ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 20, 2007. The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that service is appropriate as Plaintiff states cognizable claims for deliberate indifference to his serious medical needs in violation of the Eight Amendment against Defendants David G. Smith, M.D., Maria Schwartz, R.N., Avindra Brar, M.D., James Johnston, M.D., and John Klarich, M.D. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

　　　1.　　Service shall be initiated on the following defendants:

　　　　　　　**DAVID G. SMITH, M.D.;**

　　　　　　　**MARIA SCHWARTZ, R.N.;**

　　　　　　　**AVINDRA BRAR, M.D.;**

　　　　　　　**JAMES JOHNSTON, M.D.; and**

　　　　　　　**JOHN KLARICH, M.D.**

1

2. The Clerk of the Court shall send Plaintiff five (5) USM-285 form, five (5) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed March 20, 2007.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Six (6) copies of the endorsed complaint filed March 20, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   November 18, 2008**             /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE