1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11    HENRY MANSON III,               1:07-cv-00437-OWW-GSA-PC

12            Plaintiff,           ORDER TO SHOW CAUSE WHY
                                         DEFENDANT KLARICH SHOULD NOT BE

13       v.                          DISMISSED FROM THIS ACTION

14    DAVID G. SMITH, M.D., et al.,       RESPONSE FROM PLAINTIFF DUE IN
                                          THIRTY DAYS

15            Defendants.

16 _____/

17       Henry Manson III ("plaintiff") is a state prisoner proceeding pro se and in forma

18 pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the

19 complaint initiating this action on March 20, 2007. (Doc. 1.) This action now proceeds on the

20 original complaint, on plaintiff's claims for deliberate indifference to his serious medical needs in

21 violation of the Eight Amendment against defendants David G. Smith, M.D., Maria Schwartz,

22 R.N., Avindra Brar, M.D., James Johnston, M.D., and John Klarich, M.D.

23       On December 23, 2008, the court issued an order directing the United States Marshal to

24 proceed with service of a summons and complaint on each of the defendants listed above. (Doc.

25 15.) On January 16, 2009, the United States Marshal filed a notice of unexecuted service as to

26 defendant John Klarich, M.D., with the explanation that Klarich "passed away per facility."

27 (Doc. 17.) As a result of this notice, plaintiff shall be ordered to show cause why defendant John

28

Klarich, M.D. should not be dismissed from this action.[1]  Within thirty days, plaintiff shall file a written response with the court explaining why defendant John Klarich, M.D. should not be dismissed.  In the alternative, plaintiff may file a non-opposition to the dismissal of defendant Klarich.

Accordingly, IT IS HEREBY ORDERED that:

1.    Within thirty days from the date of service of this order, plaintiff shall file a written response showing cause why defendant John Klarich, M.D. should not be dismissed from this action;

2.    In the alternative, plaintiff may file a written non-opposition to the dismissal of defendant Klarich; and

3.    Plaintiff's failure to comply with this order shall result in a recommendation that this action be dismissed.


IT IS SO ORDERED.

Dated:    March 12, 2009                    /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE

---

[1]The court also notes that on March 20, 2007, plaintiff filed a Suggestion of Death on the Record, to notify the court of the death of defendant Klarich.  (Doc. 4.)