|    |                                                      |                                                                                  |
|----|------------------------------------------------------|----------------------------------------------------------------------------------|

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| HENRY MANSON III, | 1:07-cv-00437-OWW-GSA-PC |
|---|---|
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| vs. | (Doc. 18.) |
| DAVID C. SMITH, M.D., et al., | ORDER DISMISSING DEFENDANT KLARICH FROM THIS ACTION |
| Defendants. | ORDER DIRECTING CLERK TO REFLECT DISMISSAL OF DEFENDANT KLARICH ON THE COURT'S DOCKET |

Plaintiff Henry Manson III ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint initiating this action on March 20, 2007. (Doc. 1.) This action now proceeds on the original complaint, on plaintiff's claims for deliberate indifference to his serious medical needs in violation of the Eight Amendment against defendants David G. Smith, M.D., Maria Schwartz, R.N., Avindra Brar, M.D., James Johnston, M.D., and John Klarich, M.D ("Klarich").

On March 12, 2009, the court issued an order requiring plaintiff to show cause why defendant Klarich should not be dismissed from this action, based on evidence that defendant Klarich is deceased. (Doc. 18.) On April 13, 2009, plaintiff filed a notice of non-opposition to the dismissal of defendant Klarich. (Doc. 23.)

Accordingly, it is HEREBY ORDERED that:

1. The court's order to show cause, entered on March 12, 2009, is DISCHARGED;

2. Defendant John Klarich, M.D., is DISMISSED from this action; and

3. The Clerk is directed to reflect the dismissal of defendant Klarich on the court's docket.

IT IS SO ORDERED.

**Dated:   April 15, 2009**               /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE