| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT FOR THE | |
| EASTERN DISTRICT OF CALIFORNIA | |
| HENRY MANSON, III, | 1:07-cv-00437 OWW GSA (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS |
| vs. | |
| DAVID G. SMITH, et al., | (DOCUMENT #22) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 13, 2009, Plaintiff filed a motion to extend time to file an opposition to the Motion to Dismiss filed on March 13, 2009. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his opposition to the Motion to Dismiss filed by defendants Smith and Johnston on March 13, 2009.

IT IS SO ORDERED.

Dated: **April 23, 2009**         **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE