# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MANSON III, | 1:07-cv-00437-OWW-GSA-PC |
|                Plaintiff, | ORDER TO SHOW CAUSE WHY DEFENDANT MARIA SCHWARTZ SHOULD NOT BE DISMISSED FROM THIS ACTION |
|    v. | |
| DAVID G. SMITH, M.D., et al., | RESPONSE FROM PLAINTIFF DUE IN THIRTY DAYS |
|               Defendants. | |
| _____/ | |

     Henry Manson III ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the complaint initiating this action on March 20, 2007.  (Doc. 1.)  This action now proceeds with the original complaint, on plaintiff's claims for deliberate indifference to his serious medical needs in violation of the Eight Amendment against defendants David G. Smith, M.D., Maria Schwartz, R.N., Avindra Brar, M.D., and James Johnston, M.D.[1]

     On December 23, 2008, the court issued an order directing the United States Marshal to proceed with service of a summons and complaint on each of the defendants. (Doc. 15.)  On March 12, 2009, the United States Marshal filed a notice of unexecuted service as to defendant Maria Schwartz, with the explanation that she was not at the facility [Corcoran State Prison] on

---

[1]Defendant Klarich was dismissed from this action by the Court on April 15, 2009.  (Doc. 24.)

February 11, 2009, and not in the CDC [California Department of Corrections] Locator's database on March 10, 2009. (Doc. 19.) As a result of this notice, plaintiff shall be ordered to show cause why defendant Maria Schwartz should not be dismissed from this action. Within thirty days, plaintiff shall file a written response with the court explaining why defendant Maria Schwartz should not be dismissed. In the alternative, plaintiff may file a non-opposition to the dismissal of defendant Maria Schwartz.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, plaintiff shall file a written response showing cause why defendant Maria Schwartz should not be dismissed from this action;

2. In the alternative, plaintiff may file a written non-opposition to the dismissal of defendant Maria Schwartz; and

3. Plaintiff's failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:    May 15, 2009               /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE