**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY MANSON III, | 1:07-cv-00437-OWW-GSA-PC |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| vs. | (Doc. 33.) |
| DAVID G. SMITH, M.D., et al., | ORDER DISMISSING DEFENDANT MARIA SCHWARTZ FROM THIS ACTION |
| Defendants. | ORDER FOR CLERK TO REFLECT DISMISSAL OF DEFENDANT SCHWARTZ ON THE COURT'S DOCKET |
| _____/ | |

Plaintiff Henry Manson III ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 20, 2007.

On May 15, 2009, the court issued an order for plaintiff to show cause why defendant Maria Schwartz should not be dismissed from this action based on inability to serve process, or in the alternative, to file a written non-opposition to the dismissal of defendant Schwartz. (Doc. 33.) On June 17, 2009, plaintiff filed a Notice of Non-opposition to the Dismissal of Defendant Maria Schwartz. (Doc. 37.) In the Non-opposition, plaintiff states that he has no way to find out the whereabouts of defendant Schwartz, and he requests a court order for the Marshal to locate the defendant via the Bureau of Criminal Identification and Information or similar history information centers. As a rule, the court

relies on information from the plaintiff when directing the Marshal to attempt service of process.[1] The Marshal is not expected to act as a detective or make an extensive search of all available databases to discover where a defendant is currently located. Plaintiff is ultimately responsible to obtain and provide the last-known address or location of a defendant for purposes of service. Plaintiff has indicated that he is unable to provide the information necessary for the Marshal to locate defendant Schwartz for service of process. Also, plaintiff has submitted a written notice of non-opposition to the dismissal of defendant Schwartz. Therefore, defendant Maria Schwartz shall be dismissed from this action.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The court's order to show cause filed May 15, 2009, is DISCHARGED;
2. Defendant Maria Schwartz is DISMISSED from this action;
3. This action now proceeds only against defendants David Smith, Avindra Brar, and James Johnston; and
4. The Clerk of Court is directed to reflect the dismissal of defendant Maria Schwartz from this action on the Court's docket.

IT IS SO ORDERED.

**Dated:   June 19, 2009**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

---

[1] Because plaintiff is a state prisoner proceeding in forma pauperis, the court directed the Marshal to command the assistance of the California Department of Corrections and Rehabilitation ("CDCR") in an effort to locate defendants for service of process in this action. (Doc. 15.) However, this was only *after* plaintiff had provided the defendants' last-known addresses and indicated that the defendants were employees of the CDCR.  .