IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MANSON III, | 1:07-cv-00437-OWW-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 39.) |
| vs. | |
| DAVID G. SMITH, M.D., et al., | ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS (Doc. 20.) |
| Defendants. | ORDER DISMISSING DEFENDANT JOHNSTON AND PLAINTIFF'S STATE CLAIMS FROM THIS ACTION |

Henry Manson III ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 8, 2009, findings and recommendations were entered, recommending that defendants' motion to dismiss, filed on March 13, 2009, be granted in part and denied in part, dismissing defendant Johnston from this action, and dismissing plaintiff's state claims from this action with prejudice. (Doc. 39.) The parties to this action were granted an opportunity to file objections to the findings and recommendations within thirty days. More than thirty days have passed, and no objections have been filed.

1

1  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-
2 305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire
3 file, the court finds the findings and recommendations to be supported by the record and proper
4 analysis.
5  Accordingly, THE COURT HEREBY ORDERS that:
6 1. The Findings and Recommendations issued by the Magistrate Judge on
7  December 8, 2009, are ADOPTED in full;
8 2. Defendants' motion to dismiss, filed on March 13, 2009, is GRANTED in part
9  and DENIED in part;
10 3. Defendants' motion to dismiss the allegations against defendant Smith, based
11  on Plaintiff's failure to exhaust, is DENIED;
12 4. Defendants' motion to dismiss the allegations against defendant Johnston,
13  based on Plaintiff's failure to exhaust, is GRANTED;
14 5. Defendants' motion to dismiss Plaintiff's state claims, with prejudice, based
15  on Plaintiff's failure to file his complaint within six months after his
16  government claim was denied, is GRANTED;
17 6. Defendant Johnston is DISMISSED from this action;
18 7. Plaintiff's state claims are DISMISSED from this action, with prejudice;
19 8. This action now proceeds only on Plaintiff's claims for inadequate medical
20  care in violation of the Eighth Amendment against defendants Smith and Brar;
21  and
22 9. The Clerk is directed to reflect the dismissal of defendant Johnston from this
23  action on the Court's docket.
24 IT IS SO ORDERED.
25 **Dated:   January 26, 2010**          /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE

2