IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MANSON III,<br><br>    Plaintiff,<br><br>   vs.<br><br>DAVID G. SMITH, M.D., et al.,<br><br>    Defendants.<br>_____/ | 1:07-cv-00437-OWW-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 52.)<br><br>ORDER GRANTING DEFENDANT BRAR'S MOTION FOR SUMMARY JUDGMENT (Doc. 40.)<br><br>ORDER GRANTING SUMMARY ADJUDICATION IN FAVOR OF DEFENDANT ARVINDRA BRAR |

    Henry Manson III ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 12, 2010, findings and recommendations were entered, recommending that Defendant Brar's motion for summary judgment, filed on January 19, 2010, be granted. (Doc. 52.) On August 12, 2010, Plaintiff filed objections to the findings and recommendations. (Doc. 53.)

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on July 12, 2010, are adopted in full;
2. The motion for summary judgment filed by Defendant Brar on January 19, 2010, is GRANTED;
3. Summary adjudication is entered in favor of Defendant Brar;
4. This action now proceeds only against Defendant David G. Smith, M.D.; and
5. The Clerk of Court shall reflect on the court's docket that only Defendant Smith remains in this action.

IT IS SO ORDERED.

**Dated:    September 2, 2010**              /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE